[No. 55525-1-I. Division One. March 20, 2006.]

NORTH COAST ELECTRIC COMPANY, *Appellant,* v. ARIZONA ELECTRIC SERVICE, INC., ET AL., *Defendants*, SERVICES, INC., ET AL., *Respondents,*

Appeal from a judgment of the Superior Court for King County, No. 02-2-35693-1, Glenna Hall, J., entered December 7, 2004. *Affirmed in part* and *reversed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick, A.C.J., and Coleman, J.

[No. 55657-6-I. Division One. March 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY EDWARD NEHL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01396-2, Kenneth L. Cowsert, J., entered January 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55763-7-I. Division One. March 20, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. M.A.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-8-04041-1, Philip G. Hubbard, Jr., J., entered January 21, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55791-2-I. Division One. March 20, 2006.]

MARK A. MISIAK, *Appellant,* v. THE STATE OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-00358-4, Richard J. Thorpe, J., entered February 17, 2005. *Affirmed* by unpublished per curiam opinion.